# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133170(84)(85)

CHATHAPURAM S. RAMANATHAN,
      Plaintiff-Appellee,

v

WAYNE STATE UNIVERSITY BOARD OF
GOVERNORS,
      Defendant-Appellant,
and

LEON CHESTANG,
      Defendant.

_____

SC: 133170
COA: 266238
Wayne CC: 98-810999-NO

      On order of the Chief Justice, motions for defendant-appellant and by plaintiff-appellee for extension of the time for filing their supplemental briefs are considered and they are GRANTED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2007

Clerk